SAM BIRNBAUM, Respondent, *v.* JAMESTOWN MUTUAL INSURANCE COMPANY, Appellant.

Submitted April 12, 1950; decided May 18, 1950.

*Thomas A. Clarke* and *Milton C. Jacobs* for appellant.

*Gilbert Goldstein, George A. Grabow* and *Charles E. Bernstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.